UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELINA BARGAS, | ) | 1:08-cv-00176-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER SUBSTITUTING MICHAEL J. |
| v. | ) | ASTRUE, COMMISSIONER OF SOCIAL |
| | ) | SECURITY, AS DEFENDANT |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | ORDER DIRECTING PLAINTIFF TO FILE |
| Security, | ) | A DOCUMENT WITH THE LAST FOUR |
| | ) | DIGITS OF HER SOCIAL SECURITY |
| Defendant. | ) | NUMBER NO LATER THAN FIFTEEN DAYS |
| | ) | AFTER THE DATE OF SERVICE OF THIS |
| | ) | ORDER |

Plaintiff is proceeding pro se and in forma pauperis with an action seeking review by this Court of a decision of the Commissioner of Social Security which denied Plaintiff's claim for Social Security benefits based on a disability. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

I. Substitution of the Commissioner as Defendant

In her complaint filed on February 4, 2008, Plaintiff states a claim for review of an unfavorable decision of the Social Security Administration (SSA). However, Plaintiff named the Social Security Administration as the Defendant; the correct

1

1  Defendant is Michael J. Astrue, the Commissioner of Social
2  Security. The Court will therefore directed that Michael J.
3  Astrue be substituted for his predecessor as Commissioner of the
4  Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ.
5  P. 25(d)(1).

   II. <u>Last Four Digits of Plaintiff's Social Security Number</u>

   In her complaint filed on February 4, 2008, Plaintiff neglected to state the last four digits of her social security number pursuant to the Local Rules of Practice of the United States District Court, Eastern District of California, Rule 8-206, which provides in pertinent part:

>   Complaints under Titles II, XVI, and XVIII of the
>   Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3),
>   and 1395ff... shall contain the following information
>   in addition to the matters otherwise required by the
>   Federal Rules of Civil Procedure and Local Rules:
>
>   (1) In actions involving claims for retirement,
>   survivors, disability, health insurance and
>   black lung benefits, the last four digits of
>   social security number of the worker on whose wage
>   record the application for benefits was filed
>   (who may or may not be the plaintiff), or
>
>   (2) In actions involving claims for supplemental
>   security income benefits, the last four digits of
>   social security number of the plaintiff.

   The local rule requiring that Plaintiff put the last four digits of her Social Security number in the complaint will help Defendant identify Plaintiff's case and will facilitate timely processing of the case.

   Thus, the Court will order that Plaintiff file and serve a document containing the last four digits of her Social Security number.

//////

III. <u>Disposition</u>

Accordingly, it IS ORDERED that

1) Michael J. Astrue IS SUBSTITUTED as Commissioner of the Social Security Administration; and

2) Plaintiff IS DIRECTED to file in this Court no later than fifteen days after the date of service of this order a document that contains the title and case number of this action, and further states the last four digits of Plaintiff's Social Security Number.

IT IS SO ORDERED.

**Dated:   February 12, 2008**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE