UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA BARGAS, ) | 1:08-cv-00176-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING ATTORNEY |
| v. ) | SENGTHIENE BOSAVANH TO APPEAR |
| ) | PERSONALLY TO SHOW CAUSE WHY |
| MICHAEL J. ASTRUE, ) | SANCTIONS SHOULD NOT BE IMPOSED |
| Commissioner of Social ) | ON COUNSEL FOR FAILURE TO |
| Security, ) | EFFECTUATE SERVICE AND TO COMPLY |
| ) | WITH AN ORDER OF THE COURT (DOCS. |
| Defendant. ) | 5, 7) |
| ) | |
| _____ ) | ORDER DIRECTING PLAINTIFF TO |
| | RETURN SERVICE DOCUMENTS TO THE |
| | COURT FOR FORWARDING TO THE |
| | MARSHAL FOR SERVICE, OR TO |
| | EFFECTUATE SERVICE, NO LATER THAN |
| | TEN DAYS AFTER THE DATE OF THIS |
| | ORDER |
| | |
| | ORDER SETTING A HEARING ON THE |
| | ORDER TO SHOW CAUSE |
| | |
| | Date: May 23, 2008 |
| | Time: 9:30 a.m. |
| | Courtroom: 7 |

Plaintiff is proceeding with counsel and in forma pauperis with an action seeking review by this Court of a decision of the Commissioner of Social Security which denied Plaintiff's claim for Social Security benefits based on a disability. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§

1

636(b) and Local Rule 72-302(c)(15).

On February 11, 2008, this Court's scheduling order issued and was served on Plaintiff; the order provided that absent other arrangements, service was to occur no later than twenty days after the filing of the complaint. On February 27, 2008, the Clerk served Plaintiff with notice of service of USM 285 forms and instructions for completion of service documents. However, service has not been effectuated, and the docket does not reflect that Plaintiff either returned the service documents to the Court for forwarding to the Marshal, or that Plaintiff has effectuated service of the complaint. Further, Plaintiff has not requested an extension of time to effectuate service.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991). Plaintiff's failure timely to serve Defendant and to file a proof of service may result in dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. No later than ten days after the date of service of this order, Plaintiff SHALL either SUBMIT to this court service documents for forwarding to the Marshal for service, or SHALL EFFECTUATE SERVICE pursuant to the applicable rules; and

2. This matter IS SET for hearing, at which Plaintiff's counsel, Sengthiene Bosavanh, SHALL APPEAR, on May 23, 2008, at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, for consideration of

1  dismissal for lack of prosecution and failure to obey an order of
2  the Court; and
3      2. If Plaintiff has any reasons why this action should not
4  be dismissed, Plaintiff SHALL SUBMIT them by sworn declaration of
5  facts no later than May 16, 2008; this declaration, to which
6  Plaintiff may append a supporting memorandum of law, shall
7  include (A) an explanation of the lack of activity in this case,
8  and (B) shall list each specific step Plaintiff has taken or
9  plans to take to prosecute this case, and particularly to proceed
10 to serve the complaint and file proof of service thereof; and
11     3. Plaintiff IS INFORMED that the failure to respond to this
12 order will result in dismissal of the action.
13 IT IS SO ORDERED.
14 **Dated:     April 29, 2008**           **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

3