UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANGELINA BARGAS,<br><br>              Plaintiff,<br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | 1:08-cv-00176-LJO-SMS<br><br>ORDER DENYING REQUEST OF<br>PLAINTIFF'S COUNSEL TO DISCHARGE<br>THE ORDER TO SHOW CAUSE AND<br>VACATE OR RESCHEDULE THE HEARING<br>ON THE ORDER TO SHOW CAUSE (DOCS.<br>5, 7, 10, 14) |

　　　　Plaintiff is proceeding with counsel and in forma pauperis with an action seeking review by this Court of a decision of the Commissioner of Social Security which denied Plaintiff's claim for Social Security benefits based on a disability. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

　　　　On May 13, 2008, Plaintiff's counsel, Sengthiene Bosavanh, filed a response to the order to show cause that issued from the Court on April 30, 2008. Counsel requested that the action be allowed to proceed based on counsel's assertion that he had served the complaint on May 1, 2008, in accordance with the scheduling order; further, counsel requested that the hearing be

1  vacated or rescheduled so that counsel could first review the
2  administrative transcript to determine if the action has merit.
3         The Court's concerns regarding the failure to comply with
4  the Court's order remain despite the filing of the reponse.
5  Accordingly, counsel's request to vacate the hearing IS DENIED.
6         Further, any unfamiliarity with Plaintiff's claim or
7  uncertainty as to its merits do not constitute an excuse for
8  counsel's failure to comply with the Court's orders. Thus,
9  counsel's request to continue the hearing in order to permit
10 counsel to review the transcript IS DENIED.
11        Further, although counsel filed a summons on May 1, 2008,
12 which purported to state that the summons and complaint had been
13 served by certified mail on May 1, 2008, Plaintiff has not filed
14 the certified mail documentation, including documentation of
15 Defendant's receipt of the complaint and summons. Counsel IS
16 DIRECTED to file the documentation by the time of the hearing, or
17 to bring it with him to the hearing on May 23, 2008.
18        The hearing will proceed as scheduled on May 23, 2008, at
19 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M.
20 Snyder, United States Magistrate Judge, and Plaintiff's counsel
21 is still required to attend.
22        Plaintiff IS INFORMED that the failure to appear timely will
23 result in a recommendation that this action be dismissed.
24 IT IS SO ORDERED.
25 **Dated:   May 19, 2008**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE
26
27
28