Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelina Bargas,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>    Defendant. | 1:08-CV-176 LJO SMS<br><br>REQUEST AND ORDER TO VOLUNTARILY DISMISS |

IT IS HEREBY REQUESTED by Plaintiff as follows: that the Civil Action filed on February 4, 2008, on behalf of Plaintiff be dismissed.  After review of the filing errors by Plaintiff before Counsel was obtained, and review of the file available, Plaintiff agrees to dismissal.

Dated: May 21, 2008           /s/ Sengthiene Bosavanh

                              SENGTHIENE BOSAVANH, ESQ.
                              Attorney for Plaintiff

PLAINTIFF'S REQUEST TO DISMISS IS GRANTED.

IT IS SO ORDERED.

**Dated:   May 27, 2008**           /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE